FILED ✓        LODGED ___
RECEIVED ___   COPY ___

JUL 1 6 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

1

2

3

4

5

6       UNITED STATES DISTRICT COURT                **REDACTED FOR PUBLIC DISCLOSURE**

7             DISTRICT OF ARIZONA

8

9    United States of America,              No.  CR-19-00834-PHX-SMB (DMF)

10                    Plaintiff,                  **INDICTMENT**

11        vs.                             VIO:   18 U.S.C. §§ 1153, 1111, and 2
                                                  (CIR-First Degree Murder, Aid and
12                                                Abet)
     1.  Jordan Gene Hoover,                      Count 1
13
     2.  Gabriel Quinn Enos,                     18 U.S.C. §§ 924 (c)(1)(A) and (j)
14                                                and 2
                                                  (Use of a Firearm During a Crime of
15                    Defendants.                 Violence Resulting in Death, Aid
                                                  and Abet)
16                                                Count 2

17   THE GRAND JURY CHARGES:

18                                   **COUNT 1**

19       On or about August 23, 2017, in the District of Arizona, within the confines of the

20   Gila River Indian Community, Indian Country, JORDAN GENE HOOVER and

21   GABRIEL QUINN ENOS, both Indians, did with premeditation and malice aforethought,

22   unlawfully kill B.R.L.

23       In violation of Title 18, United States Code, Sections 1153, 1111, and 2.

24                                   **COUNT 2**

25       On or about August 23, 2017, in the District of Arizona, JORDAN GENE

26   HOOVER and GABRIEL QUINN ENOS, did knowingly use, carry, brandish, and

27   discharge a firearm during and in relation to a crime of violence, that is, 1st Degree

28   Murder, as alleged in Count 1 of this Indictment, a felony prosecutable in a court of the

United States, resulting in death, or did aid and abet in such possession and use.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and (j) and 2.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: July 16, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/

RAYNETTE M. LOGAN
Assistant U.S. Attorney