# UNITED STATES DISTRICT COURT

for the
District of Arizona

|   |   |
|---|---|
| FILED ___ LODGED ___ | |
| ☒ RECEIVED ___ COPY ___ | |
| JUL 2 4 2019 | |
| CLERK U S DISTRICT COURT | |
| DISTRICT OF ARIZONA | |
| BY_____ DEPUTY | |

United States of America
v.

Gabriel Quinn Enos
_____
Defendant

)
)
)   Case No.  CR-19-00834-002-PHX-SMB
)
)
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*   Gabriel Quinn Enos                                                                                                       ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18 USC §§ 1153, 1111 and 2 – CIR:First Degree Murder, Aid and Abet
   18 USC §§ 924(c)(1)(A) and (j) and 2 – Use of a Firearm During a Crime of Violence Resulting in Death, Aid and Abet

Date:  _____July 17, 2019_____                                    _____D. Draper_____
                                                                                              *Issuing officer's signature*

City and state:   Phoenix, Arizona                                              D. Draper, Deputy Clerk
                                                                                              *Printed name and title*

---

### Return

| This warrant was received on *(date)* _7-17-19_ , and the person was arrested on *(date)* _7-17-19_ |
| at *(city and state)* _Phx, AZ_ . |

Date:  _7-17-19_

_____
*Arresting officer's signature*

_Already in USMS custody_
*Printed name and title*