The Law Office of
Mark J. Andersen, P.L.C.
1318 E. La Vieve Lane
Tempe, Arizona 85284
Telephone: (480) 800-9254
E-Mail: Mark@andersenlawaz.com
State Bar #018217

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>     Plaintiff,<br><br>v.<br><br>Gabriel Quinn Enos,<br><br>     Defendant, | Case No.  CR-19-00834-2-PHX-SMB<br><br>**MOTION TO WITHDRAW FROM PLEA AGREEMENT** |

    Defendant, through undersigned counsel, respectfully requests permission to withdraw from the plea agreement entered before this court remotely on January 20, 2021.  Defendant alleges that he failed to understand the legal matters and rights he gave up in the way that he should have at the time of the plea.  Therefore, a withdrawal of the guilty plea is requested and a trial setting on a date of the court and counsel's convenience.

    On January 21, 2021, the Change of Plea Hearing occurred before this court. Defendant appeared remotely for this hearing.  Defendant did not sign the plea agreement but instead the Defendant's prior counsel signed the agreement for him. Defendant was equivocal about whether he wished to waive his right to be

physically present and at least initially asked the court to wait until the Covid rules ended so that he could be present for the change of plea. (Change of Plea Transcript, Pg 3, Ln 15). He changed his mind about his remote appearance only after learning that he would have to go through quarantine within custody in order to have himself physically present for the change of plea hearing. (Pg. 5, Ln 17).

After lengthy consideration and consultation with his newly appointed undersigned counsel, Defendant believes that he failed to apprehend properly the rights that he waived and the proper evaluation of the case that he should have made before entering a guilty plea. Therefore, Defendant requests a withdrawal from this plea and a trial setting.

It is expected that excludable delay under Title 18 U.S.C. Section 3161 may occur as a result of this motion or from an order based thereon.

Respectfully submitted this 13 April 2022

*/s/ Mark J. Andersen*
Mark J. Andersen

I hereby certify that on April 13, 2022, I filed the original with the Clerk of the Court using the CM/ECF System for filing transmittal of a Notice of Electronic Filing to the following ECF registrants:

Email to chambers with copy and proposed order to:

The Honorable Susan M. Brnovich
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, AZ  85003

By email:

1  Raynette M. Logan  Raynette.Logan@usdoj.gov

2  */s/ Mark J. Andersen*
3  Mark J. Andersen